## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 24-CR-00005 (RDM)** |
| | : | |
| **v.** | : | **18 U.S.C. § 1752(a)(1)** |
| | : | |
| **COREY HORAN,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Corey Horan, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

#### *The Attack at the U.S. Capitol on January 6, 2021*

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.      On January 6, 2021, the defendant attended the Stop the Steal rally at the Ellipse with members of his family including his 14-year-old son.

9.      As the defendant, his son, and other family members advanced toward Capitol grounds from the west side, a person with a microphone and loudspeaker said "Continue, we outnumber them!" The defendant's brother appears to raise his fist in response to this statement. The defendant followed closely behind his brother as the person continued talking. At one point the defendant looked toward the speaker who said "We the People have spoken and this election was a fraud! . . . We are not going to let mainstream media decide who our President is, continue forward!" After the defendant passed the speaker with his son, but while he was still in view, the speaker said "Hey guys, just know we do not want any children up there. This is only for adults!"

10.     The defendant and his son approached the Capitol building on the West front. At approximately 3:23 p.m., the defendant and his son entered the U.S. Capitol building through the Senate Wing Door. At the time the defendant entered, an alarm continuously rang, and police were lined up inside, outfitted in helmets and face shields. After taking pictures or videos with his cell phone in the hallway near the entrance to the Senate Wing Door, the defendant left the Capitol building at approximately 3:26 p.m.

11.     After exiting the Capitol, the defendant and his son remained near the Capitol building. At one point, the defendant was near the North doors as the crowd battled police and chemical irritants were deployed.

### *Elements of the Offense*

12.     The parties agree that Entering and Remaining in a Restricted Building or Grounds under 18 U.S.C. § 1752(a)(1) requires the following elements:

   a.  The defendant entered or remained in a restricted building or grounds without lawful authority to do so.

   b.  The defendant did so knowingly.

*Defendant's Acknowledgments*

13.     The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he entered and remained in the Capitol building and on Capitol grounds, knowing these areas were restricted.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     *s/ Kyle R. Mirabelli*
        Kyle R. Mirabelli
        Assistant U.S. Attorney
        N.Y. Bar No. 5663166
        Capitol Siege Section
        U.S. Attorney's Office
        District of Columbia
        Telephone No: (202) 252-7884
        Email Address: kyle.mirabelli@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Corey Horan, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: _1 . 25. 24_

_____
Corey Horan
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: _1/25/2024_

_____
Jay Monico
Attorney for Defendant